IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VINCENT PHENIX on behalf of himself and all others similarly situated, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. _____ |
| vs. § § | |
| FAMILY DOLLAR STORES OF TEXAS and DOLLAR TREE STORES, INC., § § § § § | |
| Defendants. § | |

## DEFENDANTS' NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Family Dollar Stores of Texas, Inc. and Dollar Tree Stores, Inc. give notice that they are removing this civil action from the 160th District Court of Dallas County, Texas (the "State Court Action") to the United States District Court for the Northern District of Texas, Dallas Division. Removal is based on the existence of federal question jurisdiction, and for its Notice of Removal states:

## I.
## FACTUAL BACKGROUND AND PROCEDURAL HISTORY

1. Plaintiff Vincent Phenix ("Plaintiff") filed his Original Petition ("Petition") in 160th District Court of Dallas County, Texas, on April 2, 2020. *See* **Exhibit 1**, APP. 001-09. The date of service was April 10, 2020, through Defendants' registered agent. Removal is proper to this federal district and division because it embraces Dallas County, Texas. *See* 28 U.S.C. §§ 124(a)(1) & 1446(a). This Notice of Removal is timely because it has been filed within thirty days after Defendants received a copy of Plaintiff's Petition.

2. In accordance with 28 U.S.C. § 1446(a), the concurrently filed Appendix is incorporated herein and contains true and correct copies of all process, pleadings, and orders served upon Defendants in the State Court Action; See, **Exhibit 1**, [APP. 1-9] – Plaintiff's Petition, Requests for Disclosure and Jury Demand, **Exhibit 2**, [APP. 010] – Request for Service, **Exhibit 3** and **Exhibit 4**, [APP. 011-14] – Citations prepared for each defendant, **Exhibit 5** and **Exhibit 6** [APP. 018-20] – Affidavits of Service for each defendant, **Exhibit 7** [APP. 21-23] - Defendants' Original Answer; **Exhibit 8** [APP. 24-27] - a copy of the State Court Action's docket sheet.

3. Defendants will also file a Corporate Disclosure Statement that complies with FED. R. CIV. P. 7.1.

4. Defendants will provide prompt written notice of the filing of this Notice of Removal to all adverse parties and will file a copy of it with the Dallas County Clerk.

## II.
## BASIS FOR FEDERAL JURISDICTION

5. 28 U.S.C. § 1441 allows for the removal of any civil action in a state court over which the district courts of the United States have original jurisdiction. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which provides that district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Removal of this case is based upon claims arising under federal law and involve federal questions because Plaintiff brings claims under the Fair Labor Standards Act ("FLSA"). Accordingly, because Plaintiff pursues a cause of action under a federal statute, this Court is vested with original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. Removal is proper under 28 U.S.C. § 1331, 1441 and 1446 because Plaintiff pleads federal question causes of action under the FLSA. This Court has federal question jurisdiction because Plaintiff has made a claim that Defendants violated the FLSA.

### III.
### PRAYER

This Court is vested with original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff pursues a cause of action under a federal statute. Thus, removal of this action is proper. Accordingly, Defendants respectfully request that this Court assume jurisdiction over this action and proceed with handling this action as if it was filed initially in the United States District Court for the Northern District of Texas, Dallas Division.

Dated: May 12, 2020                                      Respectfully submitted,

                                                      */s/ Jeremy W. Hawpe*
                                                      Jeremy W. Hawpe (Attorney-in-Charge)
                                                      Texas State Bar No. 24046041

                                                      LITTLER MENDELSON, P.C.
                                                      2001 Ross Avenue
                                                      Suite 1500, Lock Box 116
                                                      Dallas, TX  75201-2931
                                                      214.880.8100 (Telephone)
                                                      214.880.0181 (Facsimile)
                                                      jhawpe@littler.com

                                                      ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

On May 12, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas and electronically served same, using the Case Management/Electronic Case Filing (CM/ECF) system of the Court.  The CM/ECF system sent a Notice of Electronic Filing to the following counsel of record, who has consented in writing to accept service of this document by electronic means:

  Vincent Bhatti
  Ditty S. Bhatti
  The Bhatti Law Firm, PLLC
  14785 Preston Road, Suite 550
  Dallas, Texas 75254
  Vincent.bhatti@bhattilawfirm.com
  Ditty.bhatti@bhattilawfirm.com


                                                      */s/ Jeremy W. Hawpe*
                                                      Jeremy W. Hawpe

4830-3808-1980.1 053439.1513